United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MUNAH GWYAN, § § Plaintiff, § VS. § CDM FEDERAL PROGRAMS § CORPORATION § and § CDM SMITH, INC., § § Defendants. § | CIVIL ACTION NO. 4:20-CV-02613 |

## ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the defendants' unopposed motion to file the motion for settlement approval under seal (Dkt. No. 24), having reviewed the pleadings and papers on file in this action, and having considered the arguments, the Court makes the following findings, and good cause appearing, makes the following order:

The parties' may file the motion for approval of settlement agreement and supporting exhibits under seal directly to the Court's Chambers *in camera* inspection.

The unopposed motion to file document under seal is **GRANTED**.

It is so **ORDERED**.

SIGNED on this 10th day of May, 2021.

Kenneth M. Hoyt
United States District Judge